No. 584. GEORGE D. BRYAN, COLLECTOR, ETC., PETITIONER, *v.* ROXANA S. KER, EXECUTRIX, ETC. November 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *The Attorney*

*General* and *The Solicitor General* for petitioner. *Mr. J. P. K. Bryan* and *Mr. M. C. Butler* for respondent.